JS-6

1   TRACY L. WILKISON
2   Acting United States Attorney
    DAVID M. HARRIS
3   Assistant United States Attorney
    Chief, Civil Division
4   CEDINA M. KIM
5   Assistant United States Attorney
    Senior Trial Attorney, Civil Division
6   SUSAN L. SMITH, CA STATE BAR NO.: 253808
7   Special Assistant United States Attorney
            Social Security Administration
8           160 Spear Street, Suite 800
9           San Francisco, California 94105
            Tel: (510) 970-4857
10          Fax: (415) 744-0134
11          E-mail: Susan.L.Smith@ssa.gov
12
    Attorneys for Defendant
13
14                  UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
15                       WESTERN DIVISION
16
17  JEREMIAH PENA,                      No.  2:21-cv-00660-ADS
18            Plaintiff,
19  v.                                  JUDGMENT OF REMAND
20  KILOLO KIJAKAZI,
21  Acting Commissioner of Social
    Security,
22
              Defendant.
23
24
25
26
27
28

1       The Court having approved the parties' Stipulation to Remand for Further

2   Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of

3   Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with

4   the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**

5   **ADJUDGED AND DECREED** that the above-captioned action is remanded to the

6   Commissioner of Social Security for further proceedings consistent with the

7   Stipulation to Remand.

8   DATED:  November 19, 2021           _/s/ Autumn D. Spaeth_____

9                                   HON. AUTUMN D. SPAETH

10                                   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28