Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd.  Suite 20
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Fax: (925) 522-5306
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
JEREMIAH PENA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JEREMIAH PENA, | Case No. 2:21-cv-00660-ADS |
| Plaintiff, | ORDER FOR THE AWARD AND |
| | PAYMENT OF ATTORNEY FEES |
| v. | AND EXPENSES PURSUANT TO THE |
| | EQUAL ACCESS TO JUSTICE ACT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $4,700.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: December 14, 2021          /s/ Autumn D. Spaeth
                              HON. AUTUMN D. SPAETH
                              UNITED STATES MAGISTRATE JUDGE